1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9  CONNECTU LLC,

10                    Plaintiff,

11  v.

12  MARK ZUCKERBERG, et al.,

13                    Defendants.

NO. C06-1640JLR
Related to: D. Mass.
Case No. C04-11923-DPW

ORDER OF DISMISSAL

14

15        Non-parties John Taves and Pacific Northwest Software (collectively, the "Non-

16  parties") brought this action via a motion to quash subpoenas duces tecum served on them by

17  Defendants in a case before the United States District Court for the District of

18  Massachusetts, *ConnectU LLC v. Zuckerberg*, No. 04-11923-DPW.  The underlying District

19  of Massachusetts case was dismissed without prejudice for lack of subject matter jurisdiction

20  in March 2007 and is presently on appeal.  In March 2007, Plaintiff filed a new case against

21  Defendants in the same district, *ConnectU LLC v. Facebook, Inc.*, No. 07-10593-DPW.

22        The Non-parties have informed the court that any future motions to quash subpoenas

23  duces tecum would be brought under a new cause number related to the second *ConnectU*

24  case.  Because there are no issues in this matter remaining to be determined, the court

25  DISMISSES this action and all claims asserted herein without prejudice and without costs to

26  any party.

ORDER OF DISMISSAL – 1

DATED this 12th day of December, 2007.

_____
JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL – 2